**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Austin Adolf ALEXANDER,**
**Defendant–Appellant.**

**No. 13–1741.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 2, 2013.

Filed: Oct. 9, 2013.

Benjamin Wulff, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Bruce Eddy, Assistant Federal Public Defender, Angela Lorene Pitts, Assistant Federal Public Defender, Federal Public Defender's Office, Fayetteville, AR, for Defendant–Appellant.

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

**PER CURIAM.**

Austin Alexander appeals from the thirty-month sentence that the District Court[1] imposed after Alexander pleaded guilty to

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

manufacturing counterfeit currency, 18 U.S.C. § 471. On appeal, Alexander's counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the court did not impose an unreasonable sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (describing appellate review of sentences under the deferential abuse-of-discretion standard and noting that if a sentence is within the Guidelines range, the appellate court may apply a presumption of reasonableness); *see also United States v. Werlein,* 664 F.3d 1143, 1146 (8th Cir. 2011) (per curiam) (explaining that if an appellant does not argue that the district court committed procedural error, we proceed directly to a review of the substantive reasonableness of the sentence).

We have reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we have found no nonfrivolous issues for appeal. Accordingly, we affirm Alexander's sentence, and we grant counsel leave to withdraw.